**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crudos Fusion Art, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2592125 |

4. **Debtor's address**

**Principal place of business**

**250 NW 24 Street**
**Miami, FL 33127**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

**1080 Brickell Ave**
**1509**
**Miami, FL 33131**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Crudos Fusion Art, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‗‗‗‗

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

Debtor **Crudos Fusion Art, LLC**                                          Case number (*if known*) _____
     Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Crudos Fusion Art, LLC**                                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Crudos Fusion Art, LLC**                                                    Case number (*if known*) _____
        Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 11, 2024**
                MM / DD / YYYY

*X* **/s/ Daniel Materan**                                    **Daniel Materan**
Signature of authorized representative of debtor              Printed name

Title _____

**18. Signature of attorney**

*X* **/s/ Timothy S. Kingcade**                    Date  **June 11, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Timothy S. Kingcade 082309**
Printed name

**Kingcade, Garcia & McMaken, P.A.**
Firm name

**1370 Coral Way**
**Miami, FL 33145**
Number, Street, City, State & ZIP Code

Contact phone  **305-285-9100**        Email address  **scanner@miamibankruptcy.com**

**082309 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**    *X* **/s/ Daniel Materan**
Signature of individual signing on behalf of debtor

    **Daniel Materan**
Printed name

_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................   $ 470,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $ 470,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ 5.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $ 593,348.38

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ 436,697.56

4.   Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b

   $ 1,030,050.94

**Fill in this information to identify the case:**

Debtor name  **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$80,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$80,000.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **Crudos Fusion Art, LLC**_____     Case number *(If known)* _____
    Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** **Alcoholic Beverage License No. 23-00655-4-COP secured by Douglas S. Stratton in the amount of $173,978.16** | **$350,000.00** | **Comparable sale** | **$350,000.00** |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

---

Debtor    **Crudos Fusion Art, LLC**                                                   Case number *(If known)* _____
Name

66.    **Total of Part 10.**                                                                                              | **$350,000.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)
**Debtor sold the lease and all the inventory to Doggies Wynwood Corp in lieu of eviction from landlord, 250 Wynwoofd CU-2 LLC for $140,000 - $100,000 was already paid.  $40,000 still owed and is scheduled to be paid by Doggies Wynwood Corp in approximately 45 days**

40,000.00    -    0.00    =
Total face amount    doubtful or uncollectible amount

$40,000.00

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                              | **$40,000.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Crudos Fusion Art, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $80,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $350,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $40,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $470,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $470,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ACME Company**<br>Creditor's Name<br><br>**64 Beaver Street Suite 344**<br>**New York, NY 10004**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC Lien**<br><br>Describe the lien<br>**UCC Lien** | **$1.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**2125**

Describe the lien
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **American Express National Bank**<br>Creditor's Name<br><br>**4315 S 2700 W**<br>**Salt Lake City, UT 84184**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC Lien**<br><br>Describe the lien<br>**UCC Lien** | **$1.00** | **$0.00** |
|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**2125**
**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Crudos Fusion Art, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Douglas D Stratton** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$350,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Alcoholic Beverage License No. 23-00655-4-COP** secured by Douglas S. Stratton in the amount of $173,978.16 | | |

**407 Lincoln Road Suite 2A
Miami Beach, FL 33139**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2125**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **UCC Lien** | | |

**2 North Street, Suite 320
Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**2125**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **WebBank** | **Describe debtor's property that is subject to a lien** | **$1.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **UCC Lien** | | |

**215 S State Street Suite 1000
Salt Lake City, UT 84111**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

---

Debtor    **Crudos Fusion Art, LLC**                                 Case number (if known) _____
_____
Name

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known
                                                  ■ No
                                                  □ Yes

**Date debt was incurred**                        **Is anyone else liable on this claim?**

                                                  ■ No
                                                  □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2125**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply

■ No                                              □ Contingent
                                                  □ Unliquidated
□ Yes. Specify each creditor,                     □ Disputed
including this creditor and its relative
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$5.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Offices of Douglas D. Stratton, PA**<br>**407 Lincoln Road**<br>**Suite 2A**<br>**Miami Beach, FL 33139** | Line  **2.3** | |

---

**Fill in this information to identify the case:**

Debtor name **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alejandro Pozo**<br>**4524 East Eigth Lane**<br>**Hialeah, FL 33013** | **$8,013.52** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

| 2.2 | Priority creditor's name and mailing address<br>**Aron Zekendorf**<br>**8900 NW 97th ave**<br>**Unit 205**<br>**Miami, FL 33178** | **$4,949.20** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Debtor **Crudos Fusion Art, LLC**      Case number (if known) _____
_____
Name

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,994.52 | $0.00
| **Carlos E. Velasquez** | Check all that apply. | |
| **6390 West 22nd court** | ☐ Contingent | |
| **unit 206** | ☐ Unliquidated | |
| **Hialeah, FL 33016** | ☐ Disputed | |

Date or dates debt was incurred     Basis for the claim:
**Wages**

Last 4 digits of account number **4303**     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.02 | $0.00
| **Edith Cristina Gomez** | Check all that apply. | |
| **3170 Coral Way** | ☐ Contingent | |
| **Unit 1208** | ☐ Unliquidated | |
| **Miami, FL 33145** | ☐ Disputed | |

Date or dates debt was incurred     Basis for the claim:
**Wages**

Last 4 digits of account number **4303**     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,500.00 | $0.00
| **Edixon Hernandez** | Check all that apply. | |
| **4730 SW 67th Ave** | ☐ Contingent | |
| **L8** | ☐ Unliquidated | |
| **Miami, FL 33155** | ☐ Disputed | |

Date or dates debt was incurred     Basis for the claim:
**Wages**

Last 4 digits of account number **4303**     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,879.66 | $0.00
| **Felipe Colvalue** | Check all that apply. | |
| **245 NE 14th St** | ☐ Contingent | |
| **Unit 1002** | ☐ Unliquidated | |
| **Miami, FL 33132** | ☐ Disputed | |

Date or dates debt was incurred     Basis for the claim:
**Wages**

Last 4 digits of account number **4303**     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

Debtor **Crudos Fusion Art, LLC**                                          Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,814.00 | $0.00 |
|---|---|---|---|---|

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.00 | $0.00 |
|---|---|---|---|---|

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,818.00 | $0.00 |
|---|---|---|---|---|

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,075.00 | $0.00 |
|---|---|---|---|---|

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  **Crudos Fusion Art, LLC**                                      Case number (if known) _____
        Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,559.00 | $35,559.00 |

**2.11** Priority creditor's name and mailing address

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,559.00     $35,559.00

Date or dates debt was incurred
**2023**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,975.00     $2,975.00

Date or dates debt was incurred
**2022**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,619.00     $11,619.00

Date or dates debt was incurred
**2002**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Florida Department of Revenue**
**Attn: Leon Anderson**
**8175 NW 12th St, # 224**
**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,941.00     $1,941.00

Date or dates debt was incurred
**2022**

Basis for the claim:
**State Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Crudos Fusion Art, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,287.49** | **$0.00** |
|---|---|---|---|---|

**Ilan LTMN**
**245 NE 14th street**
**Unit 1002**
**Fort Lauderdale, FL 33320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,557.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,134.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Federal TAx Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **Crudos Fusion Art, LLC**                                         Case number (if known) _____
        Name

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 | $4,800.00

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2002**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.20**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92,087.00    $92,087.00

Date or dates debt was incurred
**2022**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.21**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,481.00    $29,481.00

Date or dates debt was incurred
**2022**

Basis for the claim:
**Federal Tax Lien**

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.22**

Priority creditor's name and mailing address
**Laurenis Parisca**
**197 NE 25th St**
**unit 3**
**Miami, FL 33137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,001.05    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Crudos Fusion Art, LLC**                                                    Case number *(if known)* _____
　　　　　Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,313.10 | $0.00 |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address
**Manuel Umana**
**838 NW 29th Ave**
**Miami, FL 33125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,313.10　　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** Priority creditor's name and mailing address
**Valentina Nine Express, LLC**
**3170 Coral Way**
**1208**
**Miami, FL 33145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.00　　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** Priority creditor's name and mailing address
**Valentina Torres**
**3170 Coral Way**
**Unit 1208**
**Miami, FL 33145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,954.82　　　$0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **4303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:　List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
**Alsco**
**1415 NW 21st Terrace**
**Miami, FL 33142**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.00

**Date(s) debt was incurred  2024**
**Last 4 digits of account number  4303**

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**AM Permits, Inc.**
**16850 Collins Ave**
**Suite 112-604**
**North Miami Beach, FL 33160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.00

**Date(s) debt was incurred _**
**Last 4 digits of account number  4303**

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Crudos Fusion Art, LLC**
_____
Name                                          Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**AT & T**
**P.O. Box 105262**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  phone

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**BIB Managwment**
**225 West 74th Place**
**Hialeah, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Blue Food, LLC**
**4730 SW 67th Ave**
**UNit L8**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Breakthru**
**9801 Premier Parkway**
**Hollywood, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Cheney Brothers C-B-I**
**One Cheney Way**
**West Palm Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Chowly, Inc**
**225 west Wacker Drive**
**West Palm Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Consturium Wine And Spirits**
**355 NE 59th street**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4303**

**Basis for the claim:**  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Crudos Fusion Art, LLC**
_____    Case number (if known) _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Coterie Insurance**
**4455 Carver Woods Drive**
**Suite 100**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Coto Distributers**
**1201 NW 21st Place**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Crudos Doral**
**3905 NW 107th Ae**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Crudos Hallandale**
**801 N. Federal Highway**
**Suite 315**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Daddy Gourmet**
**8420 NW 61st Street**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,999.40 |

**Dal Campo Corp**
**1221 NW 22 Street Bay 4**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Judgment__

Last 4 digits of account number __CC05__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,978.16 |

**Douglas D Stratton**
**407 Lincoln Road Suite 2A**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Judgment__

Last 4 digits of account number __SP05__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Crudos Fusion Art, LLC**                                        Case number *(if known)* _____
         Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ecolab**
**4370 OAks Road**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**EPGD Attorneys At Law P.A.**
**777 SW 37th Ave, Ste 510**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Attorney for Dal Campo Corp__

Last 4 digits of account number __CC05__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Florida Department Of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number __2125__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**FPL**
**700 Universe Blvd**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility bill__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Global Select Wines**
**8325 NW 56th Street**
**Suite 10**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gold Coast Beverage Distributors, LLC**
**10055 NW 12th St**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendr__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gordon Food Services**
**2299 SW 8th Street**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __4303__

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Crudos Fusion Art, LLC**                                            Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Griseydis M Pino**<br>**400 NW 1st Avenue, Apt 202**<br>**Miami, FL 33128**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4003** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$600.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Hammock Greens**<br>**185 NW 11th Terrace**<br>**Miami, FL 33136**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2125** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**JFC International**<br>**1728 PArk Central Blvd. S**<br>**Pompano Beach, FL 33064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Juan David Torres**<br>**31710 Coral Way**<br>**1208**<br>**Miami, FL 33144**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Julius Menhi**<br>**North Ameria**<br>**1441 SW 31st Ave**<br>**Pompano Beach, FL 33069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**La Pallette**<br>**12720 South Orange Blossom Triangle**<br>**Orlando, FL 32837**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1.00** |

| Debtor | **Crudos Fusion Art, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00
---|---|---|---

**Law Office of Douglas D Stratton**
**407 Lincoln Road Suite 2A**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __SP05__

Basis for the claim:  __Attorney for Douglas D Stratton__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Legon Fodima & Sudduth, P.A.**
**121 Alhambra Plaza, Suite 1505**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __SP05__

Basis for the claim:  __Attorney for The Sea Shop Corp__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.00

**Mantis Funding, LLC**
**80 Pine Street**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4303__

Basis for the claim:  __Business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Marilyn V Suarez Duarte**
**2263 SW 37 Ave Apt 701**
**Miami, FL 33145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __SP25__

Basis for the claim:  __Principal for Smart Care Janitorial, Inc__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00

**Master Clean Services, Inc.**
**3802 Curtiss Parkway, Apt 2**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __CC25__

Basis for the claim:  __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Mexcor**
**11800 NW 100th road**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4303__

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Patagonian Sea Products**
**4595 NW 37th Court**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4303__

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Crudos Fusion Art, LLC**

Case number (if known) _____

Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pure Innovations**
8601 NW 27th St
Miami, FL 33122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4303**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Republic National Distrubiting**
441 SW 12th Ave
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4303**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Roniel Rodriguez IV, P.A**
12555 Biscayne Blvd 915
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney for S & S US Enterprises, Inc.**

Last 4 digits of account number  **SP05**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,022.15 |
|---|---|---|---|

**S & S US Enterprises, Inc.**
2805 NE 2 Ave
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **SP05**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Security Fire**
7298 West Fagler Street
Miami, FL 33144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4303**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 |
|---|---|---|---|

**Smart Care Janitorial, Inc**
2263 SW 37 Ave #701
Miami, FL 33145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number  **SP25**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Southern Glazers**
1600 NW 163rd St
Miami, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **4303**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Crudos Fusion Art, LLC**
_____   Case number (if known) _____
Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Sysco Food Service**
**12500 NW 112th Ave**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4303__

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,569.85 |

**The Sea Shop Corp.**
**6991 NW 82 Ave Bay 12**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __SP05__

Basis for the claim:  __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Toast Financial**
**333 Summer Street**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4303__

Basis for the claim:  __Business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $128,000.00 |

**US Small Business Admin**
**Disaster Assistance**
**Processing and Disbursement Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __7408__

Basis for the claim:  __business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Weinstein Legal**
**111 N Orange Ave, Suite 814**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __CC25__

Basis for the claim:  __Attorney for Master Clean Pro Services, LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dal Campo Corp**<br>**POB 422068**<br>**Miami, FL 33242** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 593,348.38 |
| 5b. Total claims from Part 2 | 5b. + $ | 436,697.56 |

Debtor  **Crudos Fusion Art, LLC**
Name

Case number (*if known*) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ _____ **1,030,045.94**

**Fill in this information to identify the case:**

Debtor name    **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Daniel Masteran, President** | **1080 Brickell Ave 1509 Miami, FL 33131** | **Toast Financial** | ☐ D _____<br>■ E/F **3.47**<br>☐ G _____ |
| 2.2 | **Daniel Materan, President** | **1080 Brickell Ave 1509 Miami, FL 33131** | **Mantis Funding, LLC** | ☐ D _____<br>■ E/F **3.33**<br>☐ G _____ |
| 2.3 | **Daniel Materan, President** | **1080 Brickell Ave 1509 Miami, FL 33131** | **US Small Business Admin** | ☐ D _____<br>■ E/F **3.48**<br>☐ G _____ |
| 2.4 | **Daniel Materan, President** | **1080 Brickell Ave 1509 Miami, FL 33131** | **Toast Financial** | ☐ D _____<br>■ E/F **3.47**<br>☐ G _____ |

Debtor  **Crudos Fusion Art, LLC**                          Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | **Edison Masteran, Partner** | 4730 SW 67th Ave E 2 Miami, FL 33155 | **US Small Business Admin** | ☐ D _____ ■ E/F ___3.48___ ☐ G _____ |
| 2.6 | **Edison MAteran, PArtner** | 4730 SW 67th Ave E2 Miami, FL 33155 | **Mantis Funding, LLC** | ☐ D _____ ■ E/F ___3.33___ ☐ G _____ |
| 2.7 | **Edison MAteran, PArtner** | 4730 SW 67th Ave E2 Miami, FL 33155 | **Toast Financial** | ☐ D _____ ■ E/F ___3.47___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Crudos Fusion Art, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$50,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$979,414.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,412,366.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Crudos Fusion Art, LLC**                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Vigo & Vigo, CPA**<br>**5805 Waterford District Drive**<br>**Suite 300**<br>**Miami, FL 33126** | 05/02/2024 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. **Griseydis M Pino, CPA**<br>**400 NW 1st Avenue, Apt 202**<br>**Miami, FL 33128** | 05/02/2024<br>05/29/2024 | $2,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Smart Care Janitorial, Inc. Vs Crudos Fusion Art, LLC**<br>**2024-087970-SP-25** | Debt Collection | **County Court Miami-Dade County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Crudos Fusion Art, LLC**    _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Master Clean Services, Inc. vs. Crudos Fusion Art, LLC 2024-076602-CC-25** | **Debt Collection** | **County Court Miami-Dade County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **The Sea Shop Corp. vs. Crudos Fusion Art, LLC. 2023-154742-SP-05** | **Debt Collection** | **County Court Miami-Dade County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Douglas D Stratton vs. Crudos Fusion Art, LLC. 2023-019982-CA-01** | **Debt Collecion** | **Circuit Court Miami-Dade County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Dal Campo Corp vs. Crudos Fusion Art, LLC 2023-101817-CC-05** | **Debt Collection** | **County Court Miami-Dade County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  **Crudos Fusion Art, LLC**                              Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Timothy S Kingcade, Esq. Kingcade, Garcia, McMaken, PA 1370 Coral Way Miami, FL 33145** | **Attorney's fees $10,000 Court filing fees $338 Office cost $162** | **04/23/2024** | **$10,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Doggies Wynwood Corp 2828 SW 22nd Street Suite 304 Miami, FL 33145** | **Debtor sold the lease and all the inventory to the above mentioned in lieu of eviction from landlord, 250 Wynwoofd CU-2 LLC for $140,000** | **04/23/2024** | **$140,000.00** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankrupticies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor  **Crudos Fusion Art, LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>**PO Box 659754**<br>**San Antonio, TX 78265** | XXXX-3918 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/10/2023** | $0.00 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Debtor    **Crudos Fusion Art, LLC**                              Case number *(if known)*

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   **Crudos Fusion Art, LLC** _____          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Grisedys Pino, Accountant** **400 NW 1st Ave** **2202** **Miami, FL 33138** | **05/2023 to present** |
| 26a.2.   **Monroy & Co. PA** **3105 NW 107th Ave Suite 505** **Miami, FL 33102** | **01/2020 to 12/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Griseydis M. Pino** **400 NW 1st Ave** **2202** **Miami, FL 33128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elite BDC, LLC** | **3401 NE 1ST AVE** **2810** **Miami, FL 33138-7000** | **Shareholder** | **65%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BCD & TECH, LLC** | **150 SE 2ND AVE** **Miami, FL 33177** | **Shareholder** | **15%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Blue Food, LLC** | **4730 SW 67th Ave** **UNit L8** **Miami, FL 33155** | **Shareholder** | **20%** |

Debtor    **Crudos Fusion Art, LLC**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Edison Hernandez** | **4730 SW 67 Ave E2 Miami, FL 33155** | **Officer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Daniel Andres Materan Villalobos** | **10470 NW 69 Terrace Miami, FL 33178** | **Officer** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☒ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☒ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor   **Crudos Fusion Art, LLC**                                              Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

 **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

 I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2024**

**/s/ Daniel Materan**                                             **Daniel Materan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Crudos Fusion Art, LLC**

                                          Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 11, 2024**

**/s/ Daniel Materan**

**Daniel Materan**/
Signer/Title

ACME Company
64 Beaver Street Suite 344
New York, NY 10004


Alejandro Pozo
4524 East Eigth Lane
Hialeah, FL 33013


Alsco
1415 NW 21st Terrace
Miami, FL 33142


AM Permits, Inc.
16850 Collins Ave
Suite 112-604
North Miami Beach, FL 33160


American Express National Bank
4315 S 2700 W
Salt Lake City, UT 84184


Aron Zekendorf
8900 NW 97th ave
Unit 205
Miami, FL 33178


AT & T
P.O. Box 105262
Atlanta, GA 30348


BIB Managwment
225 West 74th Place
Hialeah, FL 33014


Blue Food, LLC
4730 SW 67th Ave
UNit L8
Miami, FL 33155


Breakthru
9801 Premier Parkway
Hollywood, FL 33025

Carlos E. Velasquez
6390 West 22nd court
unit 206
Hialeah, FL 33016


Cheney Brothers C-B-I
One Cheney Way
West Palm Beach, FL 33404


Chowly, Inc
225 west Wacker Drive
West Palm Beach, FL 33404


Consturiuum Wine And Spirits
355 NE 59th street
Miami, FL 33137


Coterie Insurance
4455 Carver Woods Drive
Suite 100
Cincinnati, OH 45242


Coto Distributers
1201 NW 21st Place
Miami, FL 33142


Crudos Doral
3905 NW 107th Ae
Miami, FL 33178


Crudos Hallandale
801 N. Federal Highway
Suite 315
Fort Lauderdale, FL 33309


Daddy Gourmet
8420 NW 61st Street
Miami, FL 33166


Dal Campo Corp
1221 NW 22 Street Bay 4
Miami, FL 33142

```
Dal Campo Corp
POB 422068
Miami, FL 33242


Daniel Masteran, President
1080 Brickell Ave
1509
Miami, FL 33131


Daniel Materan, President
1080 Brickell Ave
1509
Miami, FL 33131


Daniel Materan, President
1080 Brickell Ave
1509
Miami, FL 33131


Daniel Materan, President
1080 Brickell Ave
1509
Miami, FL 33131


Douglas D Stratton
407 Lincoln Road Suite 2A
Miami Beach, FL 33139


Douglas D Stratton
407 Lincoln Road Suite 2A
Miami Beach, FL 33139


Ecolab
4370 OAks Road
Fort Lauderdale, FL 33314


Edison Masteran, Partner
4730 SW 67th Ave
E 2
Miami, FL 33155


Edison MAteran, PArtner
4730 SW 67th Ave
E2
Miami, FL 33155
```

```
Edison MAteran, PArtner
4730 SW 67th Ave
E2
Miami, FL 33155


Edith Cristina Gomez
3170 Coral Way
Unit 1208
Miami, FL 33145


Edixon Hernandez
4730 SW 67th Ave
L8
Miami, FL 33155


EPGD Attorneys At Law P.A.
777 SW 37th Ave, Ste 510
Miami, FL 33135


Felipe Colvalue
245 NE 14th St
Unit 1002
Miami, FL 33132


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110
```

```
Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department of Revenue
Attn: Leon Anderson
8175 NW 12th St, # 224
Miami, FL 33126


FPL
700 Universe Blvd
North Palm Beach, FL 33408


Global Select Wines
8325 NW 56th Street
Suite 10
Miami, FL 33166


Gold Coast Beverage Distributors, LLC
10055 NW 12th St
Miami, FL 33172


Gordon Food Services
2299 SW 8th Street
Miami, FL 33135


Griseydis M Pino
400 NW 1st Avenue, Apt 202
Miami, FL 33128


Hammock Greens
185 NW 11th Terrace
Miami, FL 33136
```

```
Ilan LTMN
245 NE 14th street
Unit 1002
Fort Lauderdale, FL 33320


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


JFC International
1728 PArk Central Blvd. S
Pompano Beach, FL 33064
```

Juan David Torres
31710 Coral Way
1208
Miami, FL 33144


Julius Menhi
North Ameria
1441 SW 31st Ave
Pompano Beach, FL 33069


La Pallette
12720 South Orange Blossom Triangle
Orlando, FL 32837


Laurenis Parisca
197 NE 25th St
unit 3
Miami, FL 33137


Law Office of Douglas D Stratton
407 Lincoln Road Suite 2A
Miami Beach, FL 33139


Law Offices of Douglas D. Stratton, PA
407 Lincoln Road
Suite 2A
Miami Beach, FL 33139


Legon Fodima & Sudduth, P.A.
121 Alhambra Plaza, Suite 1505
Miami, FL 33134


Mantis Funding, LLC
80 Pine Street
New York, NY 10005


Manuel Umana
838 NW 29th Ave
Miami, FL 33125


Marilyn V Suarez Duarte
2263 SW 37 Ave Apt 701
Miami, FL 33145

Master Clean Services, Inc.
3802 Curtiss Parkway, Apt 2
Miami, FL 33166


Mexcor
11800 NW 100th road
Miami, FL 33178


Patagonian Sea Products
4595 NW 37th Court
Miami, FL 33142


Pure Innovations
8601 NW 27th St
Miami, FL 33122


Republic National Distrubiting
441 SW 12th Ave
Deerfield Beach, FL 33442


Roniel Rodriguez IV, P.A
12555 Biscayne Blvd 915
Miami, FL 33181


S & S US Enterprises, Inc.
2805 NE 2 Ave
Miami, FL 33137


Security Fire
7298 West Fagler Street
Miami, FL 33144


Smart Care Janitorial, Inc
2263 SW 37 Ave #701
Miami, FL 33145


Southern Glazers
1600 NW 163rd St
Miami, FL 33169


Sysco Food Service
12500 NW 112th Ave
Miami, FL 33178

The Sea Shop Corp.
6991 NW 82 Ave Bay 12
Miami, FL 33166


Toast Financial
333 Summer Street
Boston, MA 02210


US Small Business Admin
Disaster Assistance
Processing and Disbursement Center
14925 Kingsport Rd
Fort Worth, TX 76155


US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Valentina Nine Express, LLC
3170 Coral Way
1208
Miami, FL 33145


Valentina Torres
3170 Coral Way
Unit 1208
Miami, FL 33145


WebBank
215 S State Street Suite 1000
Salt Lake City, UT 84111


Weinstein Legal
111 N Orange Ave, Suite 814
Orlando, FL 32801